IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 12 P 3: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DONALD L. MCGRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:06cv431-MEF |
| v. | ) |
| | ) |
| PFIZER INC., a Delaware Corporation; | ) |
| PHARMACIA CORPORATION, a | ) |
| Delaware Corporation; MONSANTO | ) |
| COMPANY, a Delaware Corporation; | ) |
| G.D. SEARLE, LLC, a Delaware | ) |
| Corporation; ROBERT VANDELUNE; | ) |
| SAMUEL KLEMENT; JAMIE PEACOCK; | ) |
| BEN MCCLURKIN; ROD MCWHORTER; | ) |
| AND TIFFANY GUCKENBERY | ) |
| And fictitious Defendants A, B, C and D | ) |
| being those persons, firms or corporations | ) |
| whose actions, inactions, fraudulent | ) |
| suppression, fraud, scheme to defraud and/or | ) |
| other wrongful conduct caused or | ) |
| contributed to the Plaintiff's injuries and | ) |
| damages, and whose true names and | ) |
| identities are presently unknown to the | ) |
| Plaintiff but will be substituted by | ) |
| amendment when ascertained, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL

The undersigned attorneys for Defendants, hereby certify that on May 12, 2006, pursuant to 28 U.S.C. § 1446(d), Defendants caused to be filed with the

Clerk of Court for the Circuit Court of Bullock County, Alabama, a copy of the Notice of Removal to the United States District Court for the Middle District of Alabama, Northern Division, a copy of said state court Certificate of Filing Notice of Removal is attached hereto.

/s/

Lawrence B. Clark
M. Jason Asbell
*Attorneys for Defendants*

OF COUNSEL:
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
SouthTrust Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served a copy of the above and foregoing on the below named by placing a copy of the same in the U.S. Mail on this the __12th__ day of May, 2006:


Lynn W. Jinks, III
JINKS, DANIEL & CROW, P.C.
P.O. Box 350
Union Springs, Alabama 36089

Grady Reeves
CERVERA, RALPH & REEVES, L.L.C.
P.O. Box 325
Troy, Alabama 36081

                                                /s/ _____
                                                OF COUNSEL

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| DONALD L. MCGRADY,         )<br>                                                  )<br>    Plaintiff,                            )<br>                                                  )<br>v.                                             )<br>                                                  )<br>PFIZER INC., a Delaware Corporation;  )<br>PHARMACIA CORPORATION, a        )<br>Delaware Corporation; MONSANTO   )<br>COMPANY, a Delaware Corporation; )<br>G.D. SEARLE, LLC, a Delaware         )<br>Corporation; ROBERT VANDELUNE; )<br>SAMUEL KLEMENT; JAMIE PEACOCK; )<br>BEN MCCLURKIN; ROD MCWHORTER;)<br>AND TIFFANY GUCKENBERY          )<br>And fictitious Defendants A, B, C and D  )<br>being those persons, firms or corporations )<br>whose actions, inactions, fraudulent    )<br>suppression, fraud, scheme to defraud and/or)<br>other wrongful conduct caused or      )<br>contributed to the Plaintiff's injuries and )<br>damages, and whose true names and  )<br>identities are presently unknown to the )<br>Plaintiff but will be substituted by     )<br>amendment when ascertained,           )<br>                                                  )<br>    Defendants.                         )  | CASE NO: 06-36 |

### STATE COURT PROCEEDINGS NOTICE OF REMOVAL

Notice is hereby given pursuant to 28 U.S.C. § 1441 *et seq.* that Defendants have filed a Notice of Removal of this action in and to the United States District Court for the Middle District of Alabama, Northern Division on the 12th day of May,

B ESM1 710363 v1
2902026-000049 05/11/2006

2006, a copy of which is attached. A copy of said Notice of Removal has been served on all counsel of record. In accordance with 28 U.S.C. § 1446, the Circuit Court of Bullock County, Alabama shall proceed no further with the action being docket number CV06-36.

/s/
Lawrence B. Clark
M. Jason Asbell
*Attorneys for Defendants*

OF COUNSEL:
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
SouthTrust Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing on the below named by placing a copy of the same in the U.S. Mail on this the 12th day of May, 2006:

Lynn W. Jinks, III
JINKS, DANIEL & CROW, P.C.
P.O. Box 350
Union Springs, Alabama 36089

Grady Reeves
CERVERA, RALPH & REEVES, L.L.C.
P.O. Box 325
Troy, Alabama 36081

/s/
OF COUNSEL

2