IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. MCGRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:06cv431-MEF |
| | ) |
| PFIZER INC., a Delaware Corporation; | ) |
| PHARMACIA CORPORATION, a | ) |
| Delaware Corporation; MONSANTO | ) |
| COMPANY, a Delaware Corporation; | ) |
| G.D. SEARLE, LLC, a Delaware | ) |
| Corporation; ROBERT VANDELUNE; | ) |
| SAMUEL KLEMENT; JAMIE PEACOCK; | ) |
| BEN MCCLURKIN; ROD MCWHORTER; | ) |
| AND TIFFANY GUCKENBERY | ) |
| And fictitious Defendants A, B, C and D | ) |
| being those persons, firms or corporations | ) |
| whose actions, inactions, fraudulent | ) |
| suppression, fraud, scheme to defraud and/or | ) |
| other wrongful conduct caused or | ) |
| contributed to the Plaintiff's injuries and | ) |
| damages, and whose true names and | ) |
| identities are presently unknown to the | ) |
| Plaintiff but will be substituted by | ) |
| amendment when ascertained, | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2006 MAY 12 P 3:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable

judges and magistrate judges of the Court to evaluate possible disqualification or

recusal, the undersigned attorneys of record for Defendants Pfizer Inc. and G.D. Searle LLC (improperly captioned in Plaintiff's Complaint as "G.D. Searle, LLC"), submit this Corporate Disclosure Statement, and state:

1. Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. G.D. Searle LLC is a wholly-owned third tier subsidiary of Pharmacia Corporation.

3. Pharmacia Corporation is a wholly-owned subsidiary of Pfizer Inc. Defendant Monsanto Company, as an entity relevant to this action, changed its name to Pharmacia Corporation in 2000, the same entity herein described.

Dated this 12th day of May, 2006.

/s/ Lawrence B. Clark
Lawrence B. Clark
M. Jason Asbell
*Attorneys for Defendants*

OF COUNSEL:
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
SouthTrust Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007

2

\B ESM1 710358 v1
2902026-000049 05/11/2006

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing on the below named by placing a copy of the same in the U.S. Mail on this the 12th day of May, 2006:

Lynn W. Jinks, III
JINKS, DANIEL & CROW, P.C.
P.O. Box 350
Union Springs, Alabama 36089

Grady Reeves
CERVERA, RALPH & REEVES, L.L.C.
P.O. Box 325
Troy, Alabama 36081

OF COUNSEL

\B ESM1 710358 v1
2902026-000049 05/11/2006