

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

*TRANSFER ORDER*

Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 70 actions listed on Schedule A to vacate the Panel's orders conditionally transferring the actions to the Northern District of California for inclusion in the Section 1407 proceedings occurring there in this docket. Defendants[1] favor inclusion of these actions in MDL-1699 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Northern District of California. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Northern District of California was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Bextra and/or Celebrex as well as claims relating to the sales and marketing of these prescription medications. *See In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, 391 F.Supp.2d 1377 (J.P.M.L. 2005).

Some opposing plaintiffs argue that the presence of individual and/or local questions of fact as well as differing legal theories should militate against inclusion of these actions in MDL-1699 proceedings. We are unpersuaded by these arguments. Inclusion of these actions in Section 1407 proceedings has the salutary effect of placing all the related actions before a single judge who can

---

[1] Pfizer Inc., Pharmacia Corp., and G.D. Searle, LLC.



EXHIBIT D

- 2 -

formulate a pretrial program that: 1) prevents repetition of previously considered matters; 2) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 3) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L.,199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles R. Breyer for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

R. C. A—
02/24/06

## SCHEDULE A

<u>MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation</u>

<u>Middle District of Alabama</u>

*Katie Thomas v. Pfizer, Inc., et al.*, C.A. No. 2:05-824
*Rosa M. Nelson v. Pfizer, Inc., et al.*, C.A. No. 2:05-832
*Ozzie Jackson v. Pfizer, Inc., et al.*, C.A. No. 2:05-841 ✓
*William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al.*, C.A. No. 2:05-941

<u>Western District of Kentucky</u>

*Roger G. Ewing v. Pfizer, Inc.*, C.A. No. 3:05-598

<u>Eastern District of Louisiana</u>

*Raymond Audler, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-2436

<u>Western District of Louisiana</u>

*Gayle Swilley, et al. v. Pfizer, Inc.*, C.A. No. 1:05-761

<u>Eastern District of Missouri</u>

*Vern Bowers v. Pfizer, Inc., et al.*, C.A. No. 4:05-1302
*Edward Vitt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1303
*Georgette Asbury v. Pharmacia Corp., et al.*, C.A. No. 4:05-1602
*Brenda Bryan v. Monsanto Co., et al.*, C.A. No. 4:05-1603
*Frances D. Bangs v. Pharmacia Corp., et al.*, C.A. No. 4:05-1604
*J.C. Bunch v. Pharmacia Corp., et al.*, C.A. No. 4:05-1605
*Kathy Dimick v. Pharmacia Corp., et al.*, C.A. No. 4:05-1606
*Marla Harper v. Monsanto Co., et al.*, C.A. No. 4:05-1607
*Beverly Mitchell v. Monsanto Co., et al.*, C.A. No. 4:05-1608
*Sonja Mooberry v. Monsanto Co., et al.*, C.A. No. 4:05-1609
*Helen Zdrakovich v. Pfizer, Inc., et al.*, C.A. No. 4:05-1610
*Jewell Allen v. Pfizer, Inc., et al.*, C.A. No. 4:05-1611
*John Beaber v. Pfizer, Inc., et al.*, C.A. No. 4:05-1612
*Leonard Berry v. Pfizer, Inc., et al.*, C.A. No. 4:05-1613
*Rogelio Caldera v. Pfizer, Inc., et al.*, C.A. No. 4:05-1614
*Sybil Ball v. Monsanto Co., et al.*, C.A. No. 4:05-1615
*Henry Cooper v. Pfizer, Inc., et al.*, C.A. No. 4:05-1617
*Eugene Clervi v. Pfizer, Inc., et al.*, C.A. No. 4:05-1619
*Alberta Cox v. Pfizer, Inc., et al.*, C.A. No. 4:05-1620
*Linda Douglas v. Pfizer, Inc., et al.*, C.A. No. 4:05-1621
*Robert Gordon v. Pfizer, Inc., et al.*, C.A. No. 4:05-1622
*Betty Jo Green v. Pfizer, Inc., et al.*, C.A. No. 4:05-1623

- A2 -

### Eastern District of Missouri (Continued)

*Hazel Humphrey v. Pfizer, Inc., et al.*, C.A. No. 4:05-1624
*Rudean Hurt v. Pfizer, Inc., et al.*, C.A. No. 4:05-1625
*Robert Kraemer v. Pfizer, Inc., et al.*, C.A. No. 4:05-1626
*Brenda Mahone v. Pfizer, Inc., et al.*, C.A. No. 4:05-1627
*Leonard Mask v. Pfizer, Inc., et al.*, C.A. No. 4:05-1628
*Dolores McNearney v. Pfizer, Inc., et al.*, C.A. No. 4:05-1629
*Daniel Moser v. Pfizer, Inc., et al.*, C.A. No. 4:05-1630
*Dolly Peterson v. Pfizer, Inc., et al.*, C.A. No. 4:05-1631
*Lilly Pierce v. Pfizer, Inc., et al.*, C.A. No. 4:05-1632
*Timothy Tarpley v. Pfizer, Inc., et al.*, C.A. No. 4:05-1633
*William Washington v. Pfizer, Inc., et al.*, C.A. No. 4:05-1634
*Helen Webb v. Pfizer, Inc., et al.*, C.A. No. 4:05-1635
*Raymond Winn v. Pfizer, Inc., et al.*, C.A. No. 4:05-1636
*Jack Backowski v. Monsanto Co., et al.*, C.A. No. 4:05-1637
*Sandy Jeffers v. Monsanto Co., et al.*, C.A. No. 4:05-1638
*Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.*, C.A. No. 4:05-1639
*Patty Welch v. Pfizer, Inc., et al.*, C.A. No. 4:05-1640
*Teresa Whitledge v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1641
*Donna Alubur v. Monsanto Co., et al.*, C.A. No. 4:05-1642
*Sharlene Border v. Monsanto Co., et al.*, C.A. No. 4:05-1643
*Charles Bruun v. G.D. Searle, LLC, et al.*, C.A. No. 4:05-1644
*Tireta Johnson v. Monsanto Co., et al.*, C.A. No. 4:05-1645
*Tina McCoy v. Monsanto Co., et al.*, C.A. No. 4:05-1646
*Evelina Anderson, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1647
*Deborah Caywood, et al. v. Monsanto Co., et al.*, C.A. No. 4:05-1648
*Don Stobbe v. Monsanto Co., et al.*, C.A. No. 4:05-1649
*Stephanie Shearer v. Monsanto Co., et al.*, C.A. No. 4:05-1650
*John Cogle v. Monsanto Co., et al.*, C.A. No. 4:05-1651
*Thomas DeVault v. Monsanto Co., et al.*, C.A. No. 4:05-1652
*James Dougan v. Monsanto Co., et al.*, C.A. No. 4:05-1653
*Margaret Hamilton v. Monsanto Co., et al.*, C.A. No. 4:05-1654
*Wanda Newport v. Monsanto Co., et al.*, C.A. No. 4:05-1655
*Phyllis Taylor v. Monsanto Co., et al.*, C.A. No. 4:05-1656
*Thomas Nolan v. Monsanto Co., et al.*, C.A. No. 4:05-1657
*Barbara Singleton v. Monsanto Co., et al.*, C.A. No. 4:05-1658
*Judy McRoberts v. Pfizer, Inc., et al.*, C.A. No. 4:05-1659
*Carol Snowbarger v. Monsanto Co., et al.*, C.A. No. 4:05-1660
*William Stutz v. Monsanto Co., et al.*, C.A. No. 4:05-1661
*Margaret White v. Monsanto Co., et al.*, C.A. No. 4:05-1662
*Edward Wilt v. Monsanto Co., et al.*, C.A. No. 4:05-1663
*Ardella Heckman v. Monsanto Co., et al.*, C.A. No. 4:05-1664

UNITED STATES OF AMERICA
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**RECEIVED NOV - 8 2005**

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

November 3, 2005

TO INVOLVED COUNSEL

Re: MDL-1699-- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-3)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: November 18, 2005** (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By *Dana L. Stewart*
Deputy Clerk

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 3 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1699

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-3)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 100 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___ F. Supp. 2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Page 1 of 4

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 05-824 | Katie Thomas v. Pfizer, Inc., et al. |
| ALM 2 05-832 | Rosa M. Nelson v. Pfizer, Inc., et al. |
| ALM 2 05-841 | Ozzie Jackson v. Pfizer, Inc., et al. |
| ALM 2 05-941 | William Randolph Hall, Sr., etc. v. Pfizer, Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN 4 05-2041 | Kimberly Campbell, etc. v. Pfizer, Inc., et al. |
| ALN 7 05-1280 | Samanthia Russell v. G.D. Searle, LLC, et al. |
| **ALABAMA SOUTHERN** | |
| ALS 2 05-542 | Ann Beverly, etc. v. Pfizer, Inc., et al. |
| **ARKANSAS EASTERN** | |
| ARE 4 05-1279 | Claude Griffin v. Pfizer, Inc. |
| **FLORIDA MIDDLE** | |
| FLM 6 05-1425 | Diane Marshall, etc. v. Pfizer, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 1 05-22483 | Joan H. Grimsley v. Pfizer, Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 05-706 | Juanita Allen, et al. v. Pfizer, Inc., et al. |
| **KANSAS** | |
| KS 2 05-2337 | Elizabeth Winlaw, etc. v. Pharmacia & Upjohn Co., et al. |
| **KENTUCKY WESTERN** | |
| KYW 3 05-598 | Roger G. Ewing v. Pfizer, Inc. |
| KYW 5 05-193 | James Hill v. Pfizer, Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-1873 | Albert Stockfelt, et al. v. Pfizer, Inc. |
| LAE 2 05-2114 | Sandy Kenny v. Pfizer, Inc. |
| LAE 2 05-2138 | Ronald P. Lockwood v. Pfizer, Inc. |
| LAE 2 05-2436 | Raymond Audler, et al. v. Pfizer, Inc., et al. |
| LAE 2 05-3669 | Philip Burnson, Jr., et al. v. Pfizer, Inc. |
| LAE 2 05-3977 | Charles C. Foti, Jr., et al. v. Pfizer, Inc. |
| LAE 2 05-4214 | Cafray Richard, et al. v. Pfizer, Inc. |
| **MINNESOTA** | |
| MN 0 05-2306 | Margaret Allen, et al. v. Pfizer, Inc. |
| MN 0 05-2326 | Robert Wilson v. Pfizer, Inc. |

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699     Page 2 of 4

**DIST. DIV. C.A. #**              **CASE CAPTION**

MISSOURI EASTERN
MOE 1  05-165   Vernice T. Brasher v. Pfizer, Inc., et al.
MOE 4  05-1302  Vern Bowers v. Pfizer, Inc., et al.
MOE 4  05-1343  Donald Cross, et al. v. G.D. Searle, LLC, et al.
MOE 4  05-1601  Leo L. Koester, et al. v. Pfizer, Inc., et al.
MOE 4  05-1602  Georgette Asbury v. Pharmacia Corp., et al.
MOE 4  05-1603  Brenda Bryan v. Monsanto Co., et al.
MOE 4  05-1604  Frances D. Bangs v. Pharmacia Corp., et al.
MOE 4  05-1605  J.C. Bunch v. Pharmacia Corp., et al.
MOE 4  05-1606  Kathy Dimick v. Pharmacia Corp., et al.
MOE 4  05-1607  Marla Harper v. Monsanto Co., et al.
MOE 4  05-1608  Beverly Mitchell v. Monsanto Co., et al.
MOE 4  05-1609  Sonja Mooberry v. Monsanto Co., et al.
MOE 4  05-1610  Helen Zdrakovich v. Pfizer, Inc., et al.
MOE 4  05-1611  Jewell Allen v. Pfizer, Inc., et al.
MOE 4  05-1612  John Beaber v. Pfizer, Inc., et al.
MOE 4  05-1613  Leonard Berry v. Pfizer, Inc., et al.
MOE 4  05-1614  Rogelio Caldera v. Pfizer, Inc., et al.
MOE 4  05-1615  Sybil Ball v. Monsanto Co., et al.
MOE 4  05-1617  Henry Cooper v. Pfizer, Inc., et al.
MOE 4  05-1619  Eugene Clervi v. Pfizer, Inc., et al.
MOE 4  05-1620  Alberta Cox v. Pfizer, Inc., et al.
MOE 4  05-1621  Linda Douglas v. Pfizer, Inc., et al.
MOE 4  05-1622  Robert Gordon v. Pfizer, Inc., et al.
MOE 4  05-1623  Betty Jo Green v. Pfizer, Inc., et al.
MOE 4  05-1624  Hazel Humphrey v. Pfizer, Inc., et al.
MOE 4  05-1625  Rudean Hurt v. Pfizer, Inc., et al.
MOE 4  05-1626  Robert Kraemer v. Pfizer, Inc., et al.
MOE 4  05-1627  Brenda Mahone v. Pfizer, Inc., et al.
MOE 4  05-1628  Leonard Mask v. Pfizer, Inc., et al.
MOE 4  05-1629  Dolores McNearney v. Pfizer, Inc., et al.
MOE 4  05-1630  Daniel Moser v. Pfizer, Inc., et al.
MOE 4  05-1631  Dolly Peterson v. Pfizer, Inc., et al.
MOE 4  05-1632  Lilly Pierce v. Pfizer, Inc., et al.
MOE 4  05-1633  Timothy Tarpley v. Pfizer, Inc., et al.
MOE 4  05-1634  William Washington v. Pfizer, Inc., et al.
MOE 4  05-1635  Helen Webb v. Pfizer, Inc., et al.
MOE 4  05-1636  Raymond Winn v. Pfizer, Inc., et al.
MOE 4  05-1637  Jack Backowski v. Monsanto Co., et al.
MOE 4  05-1638  Sandy Jeffers v. Monsanto Co., et al.
MOE 4  05-1639  Billy Tarlton Lafoon, Jr. v. Pharmacia Corp., et al.
MOE 4  05-1640  Patty Welch v. Pfizer, Inc., et al.
MOE 4  05-1641  Teresa Whitledge v. G.D. Searle, LLC, et al.
MOE 4  05-1642  Donna Alubur v. Monsanto Co., et al.
MOE 4  05-1643  Sharlene Border v. Monsanto Co., et al.
MOE 4  05-1644  Charles Bruun v. G.D. Searle, LLC, et al.
MOE 4  05-1645  Tireta Johnson v. Monsanto Co., et al.
MOE 4  05-1646  Tina McCoy v. Monsanto Co., et al.
MOE 4  05-1647  Evelina Anderson, et al. v. Monsanto Co., et al.
MOE 4  05-1648  Deborah Caywood, et al. v. Monsanto Co., et al.
MOE 4  05-1649  Don Stobbe v. Monsanto Co., et al.
MOE 4  05-1650  Stephanie Shearer v. Monsanto Co., et al.
MOE 4  05-1651  John Cogle v. Monsanto Co., et al.
MOE 4  05-1652  Thomas DeVault v. Monsanto Co., et al.
MOE 4  05-1653  James Dougan v. Monsanto Co., et al.
MOE 4  05-1654  Margaret Hamilton v. Monsanto Co., et al.
MOE 4  05-1655  Wanda Newport v. Monsanto Co., et al.

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699  Page 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MOE 4 05-1656 | Phyllis Taylor v. Monsanto Co., et al. |
| MOE 4 05-1657 | Thomas Nolan v. Monsanto Co., et al. |
| MOE 4 05-1658 | Barbara Singleton v. Monsanto Co., et al. |
| MOE 4 05-1659 | Judy McRoberts v. Pfizer, Inc., et al. |
| MOE 4 05-1660 | Carol Snowbarger v. Monsanto Co., et al. |
| MOE 4 05-1661 | William Stutz v. Monsanto Co., et al. |
| MOE 4 05-1662 | Margaret White v. Monsanto Co., et al. |
| MOE 4 05-1663 | Edward Wilt v. Monsanto Co., et al. |
| MOE 4 05-1664 | Ardella Heckman v. Monsanto Co., et al. |
| MOE 4 05-1774 | Tresa J. Abney v. Pfizer, Inc., et al. |

MISSOURI WESTERN

| MOW 2 05-4314 | Linda M. Salas v. Pfizer, Inc. |
|---|---|
| MOW 4 05-855 | William Banning, et al. v. Pfizer, Inc. |
| MOW 4 05-856 | Mary McKinney v. Pfizer, Inc. |
| MOW 4 05-857 | Phillip Kanngiesser, et al. v. Pfizer, Inc. |
| MOW 4 05-858 | John Ryan, et al. v. Pfizer, Inc. |
| MOW 4 05-958 | Maisie Cavanah, et al. v. Pfizer, Inc. |
| MOW 4 05-959 | Barbara Goddard, et al. v. Pfizer, Inc. |
| MOW 6 05-3455 | Ron M. Lipe v. Pfizer, Inc., et al. |

MISSISSIPPI SOUTHERN

| MSS 1 05-256 | Kathleen Cote, etc. v. G.D. Searle, LLC, et al. |
|---|---|
| MSS 1 05-397 | Margaret Stockert v. Pharmacia Corp., et al. |
| MSS 2 03-247 | Leona McFarland, et al. v. Merck & Co., Inc., et al. |
| MSS 2 03-249 | Bettye J. Magee, et al. v. Merck & Co., Inc., et al. |
| MSS 2 05-128 | Hugh Rankin Collins, et al. v. Pharmacia Corp., et al. |
| MSS 5 05-65 | Velma L. Lee v. Pfizer, Inc. |
| MSS 5 05-110 | Ernest Lee Pennebaker, Jr. v. Pfizer, Inc. |

NEW JERSEY

| NJ 2 05-3744 | Roseanne Sachs, et al. v. Pfizer, Inc. |
|---|---|

NEW YORK SOUTHERN

| NYS 1 05-7542 | Cheryl Benford, et al. v. Pfizer, Inc. |
|---|---|
| NYS 1 05-7543 | Toni Skinner, et al. v. Pfizer, Inc. |
| NYS 1 05-7544 | Ronald Lipe, et al. v. Pfizer, Inc. |
| NYS 1 05-8030 | Henry Routh, et al. v. Pfizer, Inc., et al. |
| NYS 1 05-8097 | Maryann Sweeney, etc. v. Pfizer, Inc. |
| NYS 1 05-8491 | Marla Murphy v. Pfizer, Inc. |

OREGON

| OR 3 05-1517 | Linda Armstrong, et al. v. Pfizer, Inc. |
|---|---|

PENNSYLVANIA WESTERN

| PAW 1 05-270 | Priscilla M. Chetoni, et al. v. Pfizer, Inc. |
|---|---|

TEXAS EASTERN

| TXE 1 05-641 | Gerald Russell, et al. v. Pfizer, Inc. |
|---|---|
| TXE 1 05-671 | Martha Ward v. Pfizer, Inc., et al. |
| TXE 1 05-672 | James W. Betz, etc. v. Pfizer, Inc., et al. |
| TXE 2 05-425 | Donald Lynn Browne, et al. v. Pfizer, Inc. |
| TXE 6 05-358 | Mary Beth Hooper, etc. v. Pfizer, Inc., et al. |

TEXAS NORTHERN

| TXN 3 05-736 | Judy Jones, et al. v. Pfizer, Inc., et al. |
|---|---|

SCHEDULE CTO-3 - TAG-ALONG ACTIONS MDL-1699           Page 4 of 4

**DIST. DIV. C.A. #**      **CASE CAPTION**

TEXAS SOUTHERN
   TXS 7 05-149      Santos Villarreal Layton v. Dario Arango, M.D., et al.

TEXAS WESTERN
   TXW 1 05-411      Robert Eugene German, et al. v. Pfizer, Inc.
   TXW 5 05-796      Sylvester Torres v. G.D. Searle & Co., et al.

UTAH
   UT 1 05-93      Dennis P. Jensen v. Pfizer, Inc.

# INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

T. Scott Allen
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019

John A. Anderson
Stoel Rives, LLP
201 South Main Street
Suite 1100
Salt Lake City, UT 84111-4904

Bryan F. Aylstock
Aylstock Witkin & Sasser
55 Baybridge Drive
Gulf Breeze, FL 32561

Blake H. Bailey
Bailey Law Firm
112 South Broadway
Tyler, TX 75702

Charles F. Barrett
Barrett Law Office, P.A.
One Burton Hill Boulevard, Suite 380
Nashville, TN 37215

Don Barrett
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Keith T. Belt, Jr.
Bohanan & Belt, PC
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

Leslie A. Benitez
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Scott S. Bethune
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jane Elizabeth Bockus
Clark Thomas & Winters
McCombs Plaza, Suite 165
755 East Mulberry
San Antonio, TX 78212

J. Trenton Bond
Reaud, Morgan & Quinn, LLP
801 Laurel Street, P.O. Box 26005
Beaumont, TX 77720-6005

Walter H. Boone
Forman, Perry, Watkins, et al.
P.O. Box 22608
Jackson, MS 39225-2608

Jeffrey A. Bowersox
Savage, Bowersox, Supperstein, LLP
620 S.W. Fifth Avenue, Suite 1125
Portland, OR 97204

Carol D. Browning
Stites & Harbison
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

Stephen W. Burrow
Williams, Heidelberg, et al.
P.O. Box 1407
Pascagoula, MS 39568-1407

Evan D. Buxner
Walther Glenn Law Associates
1034 South Brentwood Blvd., Ste. 1300
St. Louis, MO 63117

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

John C. Calhoun
Hilburn, Calhoon, Harper, Pruniski & Calhoun, Ltd.
P.O. Box 5551
800 U.S. Bank Building
N. Little Rock, AR 72119-5551

Rodney G. Cater
Cater & Willis
3723 Canal St.
New Orleans, LA 70190

Jay S. Ciaccio
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Joseph S. Cohen
Beirne, Maynard & Parsons
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000

John Michael Coleman
Copeland, Cook, Taylor & Bush
P.O. Box 6020
Ridgeland, MS 39158-6020

Joseph R. Colingo
Joseph R. Colingo Law Firm
707 Watts Avenue, P.O. Box 80
Pascagoula, MS 39568

Philip Francis Cossich, Jr.
Cossich, Sumich & Parsiola, LLC
P.O. Box 400
8056 Highway 23, Suite 200
Belle Chasse, LA 70037

William R. Couch
Deakle-Couch Law Firm
802 Main Street
P.O. Box 2072
Hattiesburg, MS 39401

C. York Craig, Jr.
Craig, Hester, Luke & Dodson
P.O. Box 12005
Jackson, MS 39236-2005

Mark Crampton
Crampton & Associates, P.C.
3755 South Capital of Texas Hwy.
Suite 200
Austin, TX 78704

Michael D'Lugo
Wicker, Smith, O'Hara, McCoy, Graham & Ford, P.A.
390 North Orange Avenue, Suite 1000
P.O. Box 2753
Orlando, FL 32802-2753

INVOLVED COUNSEL LIST (CTO-3) MDL-1699                                        Page 2 of 5

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Samuel L. Davis
Davis, Saperstein & Salomon, P.C.
375 Cedar Lane
Teaneck, NJ 07666

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent, Ste. 2200
San Antonio, TX 78205

Dimple Harendra Desai
Law Office of Dimple Harendra Desài
2901 City Place West Blvd., Suite 436
Dallas, TX 75204

Luke Dove
Dove & Chill
4266-I-55 North, Suite 108
Jackson, MS 39211

James V. Doyle, Jr.
K. Stephen Jackson, PC
Black Diamond Building
2229 First Avenue, North
Birmingham, AL 35203

James R. Dugan, II
Dugan & Brown, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

Walter C. Dumas
Dumas & Associates
1263 Government Street
P.O. Box 1366
Baton Rouge, LA 70821-1366

Richard M. Edmonson
Armstrong Allen, PLLC
4450 Old Canton Road, Suite 210
Jackson, MS 39211

Kenneth J. Ferguson
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
1401 McKinney, Suite 1800
Houston, TX 77010

Wendy Fleishman
Lieff, Cabraser, Heimann
& Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

R. Allen Flowers
Flowers Law Firm
341 North 25th Avenue
Hattiesburg, MS 39401

Shawn G. Foster
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2390
Kansas City, MO 64105

Jack Michael Fribley
Faegre & Benson, LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402-3901

Michael T. Gallagher
Gallagher Law Firm, P.C.
777 Walker Street, Suite 2500
Houston, TX 77002

Gary J. Gambel
Murphy, Rogers & Sloss
One Shell Square
701 Poydras Street, Suite 400
New Orleans, LA 70139

Alberto Tover Garcia, III
Law Office of Alberto T. Garcia, III
10125 North 10th Street, Suite E
McAllen, TX 78504

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33601-3239

C. Edward Gibson, IV
Gibson Law Firm
P.O. Box 3493
Jackson, MS 39207-3493

Brad Goheen
Bryant & Kautz, P.S.C.
P.O. Box 1876
601 Washington Street
Paducah, KY 42002-1876

Tim K. Goss
Capshaw Goss & Bowers
3031 Allen St., Suite 200
Dallas, TX 75204

Shelby D. Goza
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

D. Collier Graham, Jr.
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Marvin Gros
807 Railroad Avenue
P.O. Box 1040
Donaldsville, LA 70346

Lawrence C. Gunn, Jr.
P.O. Box 1588
Hattiesburg, MS 39403-1588

Todd S. Hageman
Simon & Passanante, PC
701 Market Street, Suite 1450
St. Louis, MO 63101

L. Carl Hagwood
Wilkins, Stephens & Tipton, PA
P.O. Box 4537
Greenville, MS 38704-4537

Tianna S. Hill
Forman, Perry, Watkins, Krutz
& Tardy, LLP
P.O. Box 22608
Jackson, MS 39225-2608

Robert M. Hodges
Wise, Carter, Child & Caraway
P.O. Box 651
Jackson, MS 39205-0651

Jesse L. Howell, III
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

Brian Todd Hoyle
Brown McCarroll
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

John F. Hughes
Wilkins, Stephens & Tipton
P.O. Box 13429
Jackson, MS 39236-3429

INVOLVED COUNSEL LIST (CTO-3) MDL-1699                                                                Page 3 of 5

John Andrew Hutton
Clark Thomas & Winters
P. O. Box 1148
Austin, TX 78767-1148

Lynn W. Jinks, III
Jinks, Daniel & Crow, L.L.C.
P.O. Box 350
Union Springs, AL 36089-0350

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

Whitman B. Johnson, III
Currie, Johnson, Griffin, Gaines
& Myers
P.O. Box 750
Jackson, MS 39205-0750

Christy D. Jones
Butler, Snow, O'Mara, et al.
P.O. Box 22567
Jackson, MS 39225-2567

Harvey L. Kaplan
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

Steven A. Karg
Norris, McLaughlin & Marcus, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin LLC
4700 Mexican Road
St. Peters, MO 63376

John W. Land
Bryan, Nelson, Randolph & Weathers
P.O. Drawer 18109
Hattiesburg, MS 39404-8109

Jeffrey D. Leathers
Greer, Pipkin, Russell, Dent & Leathers
P.O. Box 907
Tupelo, MS 38802

Carlene Rhodes Lewis
Goforth Lewis Sanford, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Michael A. London
Douglas & London
111 John Street, Suite 1400
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

William O. Luckett, Jr.
Luckett Law Firm
P.O. Drawer 1000
Clarksdale, MS 38614-1000

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Douglas Drew Malone
Armstrong Allen
4450 Old Canton Road, Suite 210
Jackson, MS 39236-4028

Collin Michael Maloney
Ireland, Carroll & Kelley
6101 S. Broadway, Suite 500
Tyler, TX 75703

F. Gerald Maples
F. Gerald Maples, PA
902 Julia Street
New Orleans, LA 70113

David P. Matthews
Abraham Watkins Nichols Sorrels
Matthews & Friend
800 Commerce Street
Houston, TX 77002-1776

Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Andrew G. McCullough
Markow Walker, P.A.
599 Highland Colony Pkwy., Suite 100
Ridgeland, MS 39157

David M. McMullan, Jr.
Barrett Law Office, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095-0987

J. Leray McNamara
Copeland, Cook, Taylor & Bush, P.A.
200 Concourse, Suite 200
1062 Highland Colony Parkway
P.O. Box 6020
Ridgeland, MS 39158-6020

S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668

Christopher R. Miller
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Michael Chad Moore
Quintairos, Prieto, Wood & Boyer
125 South Congress Street, Suite 1650
Jackson, MS 39201

Stephen B. Murray
Murray Law Firm
909 Poydras Street
Suite 2550, LL&E Tower
New Orleans, LA 70112-4000

Eugene R. Naylor
Wise, Carter, Child & Caraway
600 Heritage Bldg.
401 East Capitol St., P.O. Box 651
Jackson, MS 39205-0651

Richard F. O'Malley, Jr.
Sidley, Austin, Brown & Wood, LLP
10 South Dearborn Street, 48th Floor
Chicago, IL 60603

Ann B. Oldfather
Oldfather & Morris
1330 South Third Street
Louisville, KY 40208

Rene O. Oliveira
Roerig, Oliveira & Fisher
855 West Price Road, Suite 9
Brownsville, TX 78520

INVOLVED COUNSEL LIST (CTO-3) MDL-1699                                              Page 4 of 5

Joe S. Owen
Owen & Galloway, PLLC
P.O. Drawer 420
Gulfport, MS 39502-0420

Francisco H. Perez
Louisiana Department of Health
& Hospitals
Bureau of Legal Services
P.O. Box 3836
Baton Rouge, LA 70821

Ethan M. Posner
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Diane V. Pradat
Wilkins, Stephens & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Stephen J. Randall
Randall & Schumacher, PLLP
1012 Grain Exchange Building
400 South 4th Street
Minneapolis, MN 55415

D. Brian Rattliff
Bubalo & Hiestand, PLC
401 S. Fourth Street, Suite 800
Louisville, KY 40202

Grady A. Reeves
Cervera, Ralph & Butts
P.O. Box 325
Troy, AL 36081-0325

Philipa M. Remington
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Joseph C. Rust
Kesler & Rust
36 S. State, Suite 2000
Salt Lake City, UT 84111-1405

Jaime A. Saenz
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, TX 78520

Angela M. Seaton
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

David M. Skeens
Walters, Bender, Strohbehn
& Vaughan, P.C.
2500 City Center Square
1100 Main St.
P.O. Box 21688
Kansas City, MO 64196

Leland S. Smith, II
Wilkins, Stephens, & Tipton, P.A.
P.O. Box 13429
Jackson, MS 39236-3429

Kathryn A. Snapka
Snapka, Turman & Waterhouse, LLP
606 North Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, TX 78403

Charles Q. Socha
Socha, Perczak, Setter
& Anderson, P.C.
Denver Financial Ctr., Tower I
1775 Sherman Street, Suite 1925
Denver, CO 80203

Robert F. Stacy, Jr.
Daniel, Coker, Horton & Bell
P.O. Box 1084
Jackson, MS 39215-1084

Gilbert C. Steindorff, IV
Adams & Reese/Lange Simpson, LLP
2100 3rd Ave., North, Suite 1100
Birmingham, AL 35203-3367

Joseph J. Stroble
Watkins & Eager
The Emporium Building, Suite 300
400 East Capitol Street
P.O. Box 650
Jackson, MS 39205-0650

Jon A. Strongman
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

John R. Stump
Stump, Storey, Callahan, Dietrich
& Spears, P.A.
37 North Orange Avenue, Suite 200
P.O. Box 3388
Orlando, FL 32802-3388

Gayle L. Tanner
Brown McCarroll
2000 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201-6929

Casandra F. Thomas
514-C Woodrow Wilson Avenue
Jackson, MS 39213

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64050

Tyler S. Thompson
Dolt, Thompson, Shepherd
& Kinney
455 S. 4th Street
310 Starks Building
Louisville, KY 40202

Russell G. Thornton
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue
2500 Fountain Place
Dallas, TX 75202

Thomas P. Thrash
Thrash Law Firm
1101 Garland Street
Little Rock, AR 72201-1214

Quentin F. Urquhart, Jr.
Irwin Fritchie Urquhart & Moore, LLC
5555 Hilton Avenue, Suite 620
Baton Rouge, LA 70808

Lawrence D. Wade, Jr.
Campbell, DeLong, Hagwood & Wade
P.O. Box 1856
Greenville, MS 38702-1856

Michael L. Wade, Jr.
Adams & Reese/Lange Simpson, LLP
2100 Third Avenue North
Concord Center, Suite 1100
Brimingham, AL 35203-3367

Paul F. Waldner
Vickery & Waldner, L.L.P.
One Riverway Drive, Suite 1150
Houston, TX 77056

Chris J. Walker
Markow Walker, P.A.
P.O. Box 13669
Jackson, MS 39236-3669

D. Michael Wallach
Wallach Andrews Florsheim & Stouffer
Summit Office Park, Suite 300
1300 Summit Avenue
Fort Worth, TX 76102-4418

INVOLVED COUNSEL LIST (CTO-3) MDL-1699                                                Page 5 of 5

William L. Waller, Sr.
Waller & Waller
P.O. Box 4
220 South President Street
Jackson, MS 39205-0004

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street, Suite 1800
St. Louis, MO 63101

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Juliette V. Wilson
Currie, Johnson, Griffin, Gaines & Myers
P.O. Box 750
Valley Title Buildilng
315 Tombigbee Street
Jackson, MS 39205-0750

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

RULE 7.4:    CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"

(a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:    MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

RULE 5.2:   SERVICE OF PAPERS FILED

(a)   All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)   The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)   Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)   In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)   If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.