IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. MCGRADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 2:06-cv-431-MEF |
| | ) |
| PFIZER, INC., *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Defendants' Motion for a Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding (Doc. # 5) filed on May 22, 2006. The Court has considered the arguments in support of and in opposition to this motion. It is hereby ORDERED that the motion is GRANTED and this case is STAYED pending a final decision from the Panel on Multidistrict Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 23rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE