IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD L. McGRADY, | * |
| Plaintiff, | * |
| vs. | *   Civil No.: 2-06-cv-431-MEF |
| PFIZER INC., a Delaware Corporation; PHARMACIA CORPORATION, a Delaware Corporation; MONSANTO COMPANY, a Delaware Corporation; G.D. SEARLE, LLC, a Delaware Corporation; ROBERT VANDELUNE; SAMUEL KLEMENT; JAMIE PEACOCK; BEN MCCLURKIN, ROD MCWHORTER; AND TIFFANY GUCKENBERY And fictitious Defendants A, B, C and D being those persons, firms or corporations whose actions, inactions, fraudulent suppression, fraud, scheme to defraud and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained, | * |
| Defendants. | * |

## MOTION TO REMAND

Plaintiff moves to remand this action to the Circuit Court of Bullock County, Alabama, pursuant to 28 U.S.C. § 1447(c). In support, Plaintiff shows the following:

1. The Defendants have the burden of establishing federal jurisdiction and have failed to meet this burden.

2. There is no diversity of citizenship.

1

3.   Plaintiff has asserted viable claims against the resident defendants, Robert Vandelune, Samuel Klement, Jamie Peacock, Ben McClurkin, Rod McWhorter and Tiffany Guckenburg, and accordingly Defendants have not shown and cannot show that the Alabama Sales Representatives were fraudulently joined.

4.   Plaintiff is entitled to an award of reasonable cost and expenses and attorney's fees incurred as a result of the Defendants removal.

These grounds are discussed in more detail in Plaintiff's Brief in Support of Motion to Remand, which is filed contemporaneously with this motion.

/s/Lynn W. Jinks, III
One of the Attorneys
for the Plaintiff

OF COUNSEL:

JINKS, DANIEL & CROW, P.C.
Post Office Box 350
Union Springs, Alabama 36089
(334) 738-4225
(334) 738-4229 *fax*


Grady Reeves, Esquire
CERVERA, RALPH & REEVES
Post Office Box 325
Troy, Alabama 36081
(334) 566-0116
(334) 566-4073 *fax*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>25th</u> day of <u>May,</u> 2006, I have served a copy of the foregoing on the following by depositing a copy of same in the United States Mail, postage prepaid, property addressed to:

**Attorneys for Defendants**
Lawrence B. Clark, Esq.
M. Jason Asbell, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
SouthTrust Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
(205) 328-0480
(205) 322-8007 *fax*

                                                /s/Lynn W. Jinks, III
                                                Of Counsel