Case 2:06-cv-00431-MEF-VPM    Document 9-3    Filed 05/25/2006    Page 1 of 2

Case 2:05-cv-00941-MEF-VPM    Document 8-2    Filed 10/07/2005    Page 8 of 78
Case 2:05-cv-00659-MHT-SRW    Document 17    Filed 08/26/2005    Page 1 of 2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EXHIBIT B

ROSIE WARE,                      )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    CIVIL ACTION NO.
                                 )    2:05cv659-T
                                 )         (WO)
PFIZER, INC., a Delaware         )
corporation, et al.,             )
                                 )
    Defendants.                  )

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C.A. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. The court agrees with plaintiff that there has been neither fraudulent joinder, Coker v. Amoco Oil Co., 709 F.2d 1433, 1440 (11th Cir. 1983); Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989), nor fraudulent misjoinder,

Case 2:06-cv-00431-MEF-VPM    Document 9-3    Filed 05/25/2006    Page 2 of 2

Case 2:05-cv-00941-MEF-VPM    Document 8-2    Filed 10/07/2005    Page 9 of 78
Case 2:05-cv-00659-MHT-SRW    Document 17    Filed 08/26/2005    Page 2 of 2

Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (Doc. no. 5) is granted and that, pursuant to 28 U.S.C.A. § 1447(c), this cause is remanded to the Circuit Court of Barbour County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 26th day of August, 2005.

                /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE