

EXHIBIT
C

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FILED
APR 9 2002
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

```
TRAVIS WALKER, et al.,              )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    CIVIL ACTION NO. 02-T-230-N
                                    )
WARNER-LAMBERT COMPANY, et al.,     )
                                    )
        Defendants.                 )
```

ORDER

This lawsuit, which was removed from state to federal court
based on diversity-citizenship jurisdiction, 28 U.S.C.A. §§ 1332,
1441, is now before the court on plaintiffs' motion to remand.  The
court agrees with plaintiffs that this case should be remanded to
state court.  The court agrees with plaintiffs that there has been
neither fraudulent joinder, see Coker v. Amoco Oil Co., 709 F.2d
1433, 1440 (11th Cir. 1983); Cabalceta v. Standard Fruit Co., 883
F.2d 1553, 1561 (11th Cir. 1989), nor fraudulent misjoinder, see
Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1360 (11th Cir.
1996); see also Stephens v. Warner-Lambert Co., 01-T-266-N (M.D.
Ala. May 1, 2001) (remanding on similar facts); Roughton v. Warner-
Lambert Co., 00-T-1239-N (M.D. Ala. Oct. 20, 2000) (same).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the
court that plaintiffs' motion to remand, filed on March 4, 2002
(Doc. No. 10), is granted and that, pursuant to 28 U.S.C.A. §
1447(c), this cause is remanded to the Circuit Court of Montgomery
County, Alabama.

14

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 9TH day of April, 2002.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE