A CERTIFIED TRUE COPY
JUL 17 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 29 2006

FILED
CLERK'S OFFICE

JUL 21 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M 05-1699 CRB

**DOCKET NO. 1699**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

***CONDITIONAL TRANSFER ORDER (CTO-29)***

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 748 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-29 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 06-431 | Donald L. McGrady v. Pfizer Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN 2 06-1033 | Susie M. Morris v. Pfizer Inc. |
| ALN 4 06-575 | Ronald Eugene Humphrey v. Pfizer Inc., et al. |
| **ALABAMA SOUTHERN** | |
| ALS 1 06-326 | Willie F. Young v. Pfizer Inc., et al. |
| **INDIANA NORTHERN** | |
| INN 3 06-327 | Stephen Farner, et al. v. Pfizer Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-2934 | Joanne Frey v. Pfizer Inc. |
| LAE 2 06-3013 | Howel Slaughter, Jr., et al. v. Pfizer Inc. |
| **LOUISIANA WESTERN** | |
| LAW 5 06-846 | Mitchell E. Jackson, et al. v. Pfizer Inc. |
| LAW 6 06-394 | Edward George Eskind v. Pfizer Inc. |
| **MARYLAND** | |
| MD 1 06-1118 | Mary Rossi, et al. v. Pfizer Inc. |
| MD 1 06-1122 | Doris Biensach, etc. v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0 06-1828 | Jerry Ryan v. Pfizer Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 06-641 | Marvin Rogers v. G.D. Searle, LLC, et al. |
| MOE 4 06-642 | Shirley Lindeen v. G.D. Searle, LLC, et al. |
| **NEVADA** | |
| NV 2 06-680 | Patrick J. Murphy, et al. v. Pfizer Inc. |
| **PENNSYLVANIA WESTERN** | |
| ~~PAW 2 06-661~~ | ~~Louise M. Porac v. Pfizer Inc.~~   Opposed 7/14/06 |
| **TEXAS EASTERN** | |
| TXE 1 06-273 | David Mourice Dempsey, et al. v. Pfizer Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-2059 | Kenneth Atkinson v. Pfizer Inc., et al. |
| **WEST VIRGINIA SOUTHERN** | |
| WVS 1 06-427 | Kenneth Ruff, et al. v. Pfizer Inc. |
| WVS 1 06-428 | Betty Collis, et al. v. Pfizer Inc. |
| WVS 2 06-400 | Bruce Ellis v. Pfizer Inc., et al. |